CORRECTED ORDER

In the

# United States Court of Appeals

## For the Eleventh Circuit

No. 26-10991

UNITED STATES OF AMERICA,

*Plaintiff-Appellant,*

*versus*

DAMON DEPREECE GARRETT,

*Defendant-Appellee.*

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:04-cr-00421-VMC-JFK-1

ORDER:

The government's motion for summary reversal is HELD IN ABEYANCE pending our decisions in *United States v. Rizo*, No. 24-11349, and *United States v. Taylor*, No. 24-11902.

/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE